1 | DALE A. BLICKENSTAFF - #40681
Attorney at Law
2 | 2350 West Shaw Avenue, Suite 132
Fresno, California 93711
3 | (559) 432-0986 Telephone
(559) 432-4871 Facsimile

FILED
FEB 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6 | Attorney for Defendant, ARMANDO LAZARO

8 | UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,               ) Case No. 1:09-cr-00202 AWI
                                            )
11 |                      Plaintiff,         ) STIPULATION RE MOTION TO
                                            ) DISMISS FOR OUTRAGEOUS
12 | v.                                      ) GOVERNMENT CONDUCT
                                            )
13 | ARMANDO LAZARO,                         ) Date  : February 17, 2010
                                            ) Time  : 9:00 a.m.
14 |                      Defendant.         ) Dept  : Hon. Anthony W. Ishi
                                            )
15 | _____ )

16   It is hereby stipulated by and between Benjamin Wagner, U. S. Attorney and Kimberly

17 Sanchez, Assistant U. S. Attorney and Robert Wilkinson, John F. Garland and Dale Blickenstaff,

18 attorneys for Defendants, that the time and date set for the evidentiary hearing in this matter currently

19 on calendar for February 17, 2010, at 9:00 a.m., be continued to February 24, 2010, at 9:00 a.m.

20   All other dates in this matter are to remain as ordered.

21 | Dated: January 29, 2010            /s/ Dale A. Blickenstaff
                                        DALE A. BLICKENSTAFF, Attorney for Defendant,
22                                      ARMANDO LAZARO

24 | Dated: January 29, 2010            /s/ Kimberly Sanchez
                                        KIMBERLY SANCHEZ
25                                      ASSISTANT UNITED STATES ATTORNEY

27 | Dated: January 29, 2010            /s/ Robert Wilkinson
                                        ROBERT WILKINSON, Attorney for Defendant,
28                                      PAUL GONZALEZ CALVO

STIPULATION RE MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT
Case No. 1:09-cr-00202 AWI                                                                    Page 1

1

2  Dated: January 29, 2010                    */s/ John F. Garland*
                                              JOHN F. GARLAND, Attorney for Defendant,
3                                             JESSE LEAL MARTINEZ, SR.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT
Case No. 1:09-cr-00202 AWI                                                                 Page 2

1    THE PARTIES HAVING STIPULATED, IT IS SO ORDERED.

2

3    Dated: 2-1-10

     _____
     HONORABLE ANTHONY W. ISHII

---
STIPULATION RE MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT
Case No. 1:09-cr-00202 AWI                                                              Page 3